THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY BUSTOS,<br><br>　　　　　　Defendant. | CASE NO. CR18-0033-JCC-3<br><br>ORDER |

This matter comes before the Court on Defendant's motion to permit travel (Dkt. No. 173). Defendant, who is presently on supervised release, asks the Court to authorize travel with his domestic partner, Nadia Hernandez Reyes, to San Ignacio Portes Gil Municipio de Ahualuco de Mercado, Jalisco Mexico, from September 20 through September 30, 2024. The Court understands that the Government does not object to this request. Finding good cause, the motion is GRANTED.

Defendant may leave this District and travel as indicated above no earlier than September 20, 2024, and return no later than September 30, 2024. Defendant shall provide his probation officer with his travel plans, including where he will stay, and any contact information associated with the location at which he will stay. All other conditions release shall remain in full effect.

//

//

ORDER
CR18-0033-JCC-3
PAGE - 1

DATED this 12th day of September 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0033-JCC-3
PAGE - 2